# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION AT CHICAGO

| | |
|---|---|
| **BARBARA M. GESIAKOWSKI**, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:20-cv-00656 |
| **MORREALE, BRADY, MALONE & CWIK, P.C., JOHN F. MORREALE**, an individual, and **THE LASALLE NETWORK, INC.**, | ) Honorable Judge John Z. Lee |
| | ) Honorable Magistrate Judge Maria Valdez |
| Defendants. | ) |

## NOTICE OF MOTION

To:   *All Parties of Record.*

**PLEASE TAKE NOTICE** that on **March 17, 2020, at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John Z. Lee or any Judge presiding in his stead, at the Everett McKinley Dirksen Federal Building 219 S. Dearborn Street, Chicago, IL 60604 **PLAINTIFF'S MOTION TO WITHDRAW COUNSEL AND SEAL DOCKET ENTRY**.

Respectfully submitted,

DATED: March 10, 2020

/s/ Mason S. Cole
One of the Attorneys for Plaintiff

**COLE SADKIN LLC**
Mason S. Cole
Dean J. Tatooles
Vani Vedam
20 S. CLARK STREET, SUITE 500
CHICAGO, ILLINOIS 60603
T: (312) 548-8610
F: (312) 372-7076
Firm ID: 49001
mcole@colesadkin.com
dtatooles@colesadkin.com
vvedam@colesadkin.com

## PROOF OF SERVICE

I, Brittaney M. Stevenson, the undersigned hereby certify that on March 10, 2020, I filed and served this notice and true and correct copies of the above documents utilizing the CM/ECF e-filing system.

Brittaney M. Stevenson