**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BARBARA M. GESIAKOWSKI, ) | |
| ) | Case No.: 20-CV-00656 |
| Plaintiff, ) | |
| ) | Hon. Judge John Z. Lee |
| v. ) | Hon. Magistrate Judge Maria Valdez |
| ) | |
| MORREALE, BRADY, MALONE & ) | |
| CWIK, P.C., JOHN F. MORREALE, an ) | |
| individual, and THE LASALLE ) | |
| NETWORK, INC., ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

**DEFENDANT MORREALE BRADY MALONE & CWIK, P.C.'s CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of this District, Morreale Brady Malone & Cwik, P.C. ("MBMC"), by and through its attorneys, certifies that it does not have a parent corporation and that no publicly held corporation owns 5% or more of MBMC's stock.

Date: August 25, 2020                     Respectfully submitted,

                                          /s/ Laura M. Ranum
                                          LAURA M. RANUM, Atty. No. 6300636
                                          *One of the Attorneys for Defendants*
                                          *John Morreale and Morreale Brady*
                                          *Malone & Cwik, P.C.*

James G. Sotos
Laura M. Ranum
David A. Brueggen
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3300
lranum@jsotoslaw.com

# CERTIFICATE OF SERVICE

        I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that on **Tuesday, August 25, 2020**, I electronically filed the foregoing **Defendant Morreale Brady Malone & Cwick, P.C.'s Corporate Disclosure Statement and Notification as to Affiliates** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed on the below Service List:

***Pro Se Plaintiff:***
Barbara M. Gesiakowski
2324 Overlook Court
Naperville, IL 60563
T: (312) 391-0349
gesiakowskib@aol.com


***Attorneys for Defendant The LaSalle Network, Inc.***
Kathryn Montgomery Moran
Shavaun Adams Taylor
Jackson Lewis P.C. (Chicago)
150 N. Michigan Ave, Suite 2500
Chicago, IL 60601
(312) 803-2511
kathryn.moran@jacksonlewis.com
Shavaun.Taylor@jacksonlewis.com


                                                /s/ Laura M. Ranum
                                                LAURA M. RANUM, Attorney No. 6300636
                                                *One of the Attorneys for Defendants Morreale,*
                                                *Brady, Malone, & Cwik, P.C. and John F. Morreale*