# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BARBARA M. GESIAKOWSKI, ) | |
| ) | Case No.: 20-CV-00656 |
| Plaintiff, ) | |
| ) | Hon. Judge John Z. Lee |
| v. ) | Hon. Magistrate Judge Maria Valdez |
| ) | |
| MORREALE, BRADY, MALONE & ) | |
| CWIK, P.C., JOHN F. MORREALE, an ) | |
| individual, and THE LASALLE ) | |
| NETWORK, INC., ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

## NOTICE OF MOTION

TO:   See Attached Service List

Please take notice that on Wednesday, November 4, 2020, at 9:15 a.m., I shall appear before the Honorable Judge John Z. Lee. in Courtroom 2125, where he usually presides, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **Defendants' Unopposed Motion For Extension Of Time To Answer Or Otherwise Plead To Plaintiff's Second Amended Complaint.**

Date: October 22, 2020                                    Respectfully submitted,

                                                          /s/ Laura M. Ranum
                                                          LAURA M. RANUM, Atty. No. 6300636
                                                          *One of the Attorneys for Defendants*
                                                          *John Morreale and Morreale, Brady,*
                                                          *Malone & Cwik, P.C.*

James G. Sotos
Laura M. Ranum
David A. Brueggen
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3300
lranum@jsotoslaw.com

# CERTIFICATE OF SERVICE

       I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on **Thursday, October 22, 2020**, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants listed on the below Service List.

***Pro Se Plaintiff:***
Barbara M. Gesiakowski
2324 Overlook Court
Naperville, IL 60563
T: (312) 391-0349
gesiakowskib@aol.com

***Attorneys for Defendant The LaSalle Network, Inc.***
Kathryn Montgomery Moran
Shavaun Adams Taylor
J. Casey Leech
Jackson Lewis P.C. (Chicago)
150 N. Michigan Ave, Suite 2500
Chicago, IL 60601
(312) 803-2511
kathryn.moran@jacksonlewis.com
Shavaun.Taylor@jacksonlewis.com
Casey.Leech@jacksonlewis.com

                                       /s/ Laura M. Ranum
                                       LAURA M. RANUM, Attorney No. 6300636
                                       *One of the Attorneys for Defendants Morreale,*
                                       *Brady, Malone, & Cwik, P.C. and John F. Morreale*